*28,436-04*

  

# Offender Information Details

Return to Search list

| | |
|---|---|
| **SID Number:** | 03615824 |
| **TDCJ Number:** | 00451863 |
| **Name:** | EMERSON,CHRISTOPHER JETHRO |
| **Race:** | B |
| **Gender:** | M |
| **DOB:** | 1962-08-06 |
| **Maximum Sentence Date:** | 2027-06-25 |
| **Current Facility:** | DIBOLL PRIV |
| **Projected Release Date:** | 2016-01-14 |
| **Parole Eligibility Date:** | 2007-01-13 |
| **Offender Visitation Eligible:** | YES |

*Information provided is updated once daily during weekdays and multiple times per day on visitation days. **Because this information is subject to change, family members and friends are encouraged to call the unit prior to traveling for a visit.***

## SPECIAL INFORMATION FOR SCHEDULED RELEASE:

**Scheduled Release Date:**      Offender is not scheduled for release at this time.

**Scheduled Release Type:**      Will be determined when release date is scheduled.

**Scheduled Release Location:**  Will be determined when release date is scheduled.

## Parole Review Information

## Offense History:

| Offense Date | Offense | Sentence Date | County | Case No. | Sentence (YY-MM-DD) |
|---|---|---|---|---|---|
| 1985-10-16 | AGG SEX ASLT | 1986-11-07 | HARRIS | 439551 | 35-00-00 |